UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: BYRNES, JAMES RICHARD | § | Case No. 09-71798 |
| | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JAMES E. STEVENS            , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
United States Bankruptcy Court
211 South Court Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 05/19/2010 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated: 04/15/2010       By: /s/JAMES E. STEVENS
                                        Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL 61108
(815) 962-6611

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: BYRNES, JAMES RICHARD | § Case No. 09-71798 |
| | § |
| | § |
| | § |
| Debtor(s) | § |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 8,501.48 |
| *and approved disbursements of* | $ 535.00 |
| *leaving a balance on hand of* [1] | $ 7,966.48 |

Claims of secured creditors will be paid as follows:

*Claimant*　　　　　　　　　　　　　　　　　　　　　　*Proposed Payment*
　　　　　　　　　　　N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | JAMES E. STEVENS | $ 1,600.15 | $ |
| *Attorney for trustee* | Barrick, Switzer, Law Firm | $ 1,125.00 | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*　　　　　　　　　*Fees*　　　　　　　　　*Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number    Claimant                                  Allowed Amt. of Claim    Proposed Payment*

N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 64,937.45 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.1 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | DISCOVER BANK | $ 8,100.46 | $ 653.82 |
| 2 | Advanta Bank Corp | $ 16,206.28 | $ 1,308.07 |
| 3 | Citibank South Dakota NA | $ 32,796.28 | $ 2,647.10 |
| 4 | Chase Bank USA, N.A. | $ 7,834.43 | $ 632.34 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                                  Allowed Amt. of Claim    Proposed Payment*

**UST Form 101-7-NFR (9/1/2009)**

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number   Claimant                        Allowed Amt. of Claim   Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

Prepared By: /s/JAMES E. STEVENS
                          Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: vgossett              Page 1 of 1                Date Rcvd: Apr 30, 2010
Case: 09-71798                Form ID: pdf006             Total Noticed: 21

The following entities were noticed by first class mail on May 02, 2010.
db           +James Richard Byrnes,    6803 W. Hillside Road,    Crystal Lake, IL 60012-3231
aty          +Scott A Bentley,    Law Office of Scott A. Bentley,    618 S. Route 31,    Suite 1,
               McHenry, IL 60050-8273
tr           +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
               Rockford, IL 61108-2579
14094928    ++ADVANTA,    700 DRESHER RD,    HORSHAM PA 19044-2206
              (address filed with court:   Advanta Bank Corp,    c/o Becket and Lee LLP,    POB 3001,
               Malvern  PA 19355-0701)
13859648     Advanta Bank Group,    P O Box 8088,    Philadelphia, PA 19101-8088
13859649     Bank of America,    PO Box 15019,    Wilmington, DE 19886-5019
13859650     Bank of America,    PO Box 15184,    Wilmington, DE 19886-5184
13859651     Chase,    PO Box 15298,    Wilmington, DE 19886-5153
14322145     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14171172     Citibank South Dakota NA,    Exception Payment Processing,    PO Box 6305,
               The Lakes, NV 88901-6305
13859652     Citibusiness,    PO BOX 44180,    Jacksonville, FL 32231-4180
13859654     Harris Bank,    PO BOX 15019,    Wilmington, DE 19886-5019
13859655     Harris N.A.,    PO Box 6201,    Carol Stream, IL 60197-6201
13859656    +Home State Bank,    PO BOX 1738,    Crystal Lake, IL 60039-1738
13859657     National City,    PO Box 856176,    Louisvillle, KY 40285-6176
13925546    +Scholz Design Inc,    o/b/o Eastman & Smith,    POB 10032,    Toledo, OH 43699-0032
13859658     Sears Mastercard,    PO Box 6282,    Sioux Falls, SD 57117-6282
13859659    +Susan Byrnes,    6803 W. Hillside Drive,    Crystal Lake, IL 60012-3231
13859661   ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court:   Toyota Financial Services,    PO Box 8026,
               Cedar Rapids, IA 52408-8026)
The following entities were noticed by electronic transmission on Apr 30, 2010.
14035644      E-mail/PDF: mrdiscen@discoverfinancial.com May 01 2010 02:11:32      DISCOVER BANK,
               DFS Services LLC,    PO Box 3025,    New Albany, Ohio   43054-3025
13859653      E-mail/PDF: mrdiscen@discoverfinancial.com May 01 2010 02:11:32      Discover,   PO Box 30943,
               Salt Lake City, UT 84130
                                                                                              TOTAL: 2
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
               Rockford, Il 61108-2579
13859660*    +Susan Byrnes,    6803 W. Hillside Drive,    Crystal Lake, IL 60012-3231
                                                                                              TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 02, 2010**                    **Signature:**  *Joseph Speetjens*